**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **CHARITY D. CALLOWAY,**<br>**Plaintiff,** | : | |
| **v.** | : | **CIVIL ACTION NO. 26-CV-8206** |
| **THE HOSPITAL OF THE UNIVERSITY OF PENNSYLVANIA,**<br>**Defendant.** | : | |

**ORDER**

AND NOW, this 24th day of November, 2026, upon consideration of Plaintiff Charity D. Calloway's *pro se* Motion to Proceed *In Forma Pauperis* (ECF No. 1), Complaint (ECF No. 2), and Request for Appointment of Attorney (ECF No. 3), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.
2. The Complaint is **DEEMED** filed.
3. For the reasons stated in the accompanying Memorandum, the Complaint is dismissed as follows:
   a. All claims pursuant to Title VII of the Civil Rights Act of 1964 and the Pennsylvania Human Relations Act are **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).
   b. All other state law claims are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.
4. The Request for Appointment of Attorney (ECF No. 3) is **DENIED AS MOOT**.
5. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**BY THE COURT:**

*Mary Kay Costello*

**MARY KAY COSTELLO, J.**